UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| PERCY ANDERSON<br>    LA. DOC #84029 | CIVIL ACTION NO. 1:10-CV-0063 |
| | SECTION P |
| VS. | |
| | JUDGE DRELL |
| TIM WILKINSON, WARDEN, et al. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

After an independent review of the record, including the objections filed by petitioner, we have determined that the findings and recommendation are correct, in part, under the applicable law and that the Report and Recommendation should only be adopted in part, with all claims not dismissed here surviving at this point.

**IT IS ORDERED THAT** plaintiff's claims against defendant **HEYSE** be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 5th day of April, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE