RECEIVED
IN ALEXANDRIA, LA.
MAR 1 3 2014
TONY R. MOORE, CLERK
BY_____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| PERCY ANDERSON,<br>    Plaintiff | CIVIL ACTION NO. 10-00063<br>SECTION "P" |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| TIM WILKINSON, et al.,<br>    Defendants | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that defendants' motion for summary judgment (Doc. 42) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 13th day of March 2014.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE